MIE 1A
Revised 07/12

Order of the Court to Continue Supervision

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

FERRELL, Jesse                                    Crim. No.: 16CR20406-01

On 12/01/2016 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation(s) of supervision. The issue(s) of the violation(s) was/were heard in Court on 01/25/2017, and the Court made the following finding(s):

__X__  Guilty of violating condition(s) of supervision. Continue supervised release with no added special conditions.

Respectfully submitted,

Mark T Burchell
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 25 Day of January, 2017.

Honorable Matthew F. Leitman
United States District Judge